■ LAWRENCE MEINWALD, Appellant, v LINDA GOLD, Defendant, and BARBARA J. MEINWALD, Respondent. [696 NYS2d 900] —In an action for a judgment declaring, *inter alia,* that the plaintiff is the sole owner of a parcel of real property, the plaintiff appeals from an order of the Supreme Court, Nassau County (Rossetti, J.), entered March 4, 1998, which, *inter alia,* denied his motion for summary judgment.

Ordered that the order is affirmed, with costs.

The appellant's motion for summary judgment was properly denied (*see, Matter of Kinzler,* 195 AD2d 464, 466). Bracken, J. P., Friedmann, Goldstein and Smith, JJ., concur.